## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | Case No: | 19-06719 |
| Patricia Keaton ) | | |
| Debtor, ) | Chapter: | Chapter 13 |
| ) | | |
| ) | Judge: | Timothy A. Barnes |

### NOTICE OF MOTION

**To:**   Patricia Keaton, PO Box 121195, Chicago, IL, 60612

Marilyn O. Marshall, 224 S. Michigan Ave. #800, Chicago, IL, 60604

Office of the US Trustee, Dirksen Federal Court House, 219 South Dearborn Street, Room 873, Chicago, IL  60604

SEE ATTACHED SERVICE LIST OF ALL CREDITORS

**PLEASE TAKE NOTICE** that on **June 6, 2019 at 9:30 a.m.**, I shall appear before the Honorable Judge Timothy A. Barnes in 219 S. Dearborn, Courtroom 744, Chicago, IL, 60604 and then and there present the attached **MOTION TO OBTAIN POSTPETITION CREDIT,** a copy of which is attached hereto.

**By:**   /s/Dale Riley
Dale Riley

### CERTIFICATE OF SERVICE

I, Dale Riley, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, at 55 E. Monroe, Chicago, Illinois, before the hour of 5:30 p.m., on May 22, 2019.

/s/ Dale Riley
Dale Riley

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800  (Fax):  877.247.1960

Carmax AUTO Finance
Attn: Bankruptcy Dept.
12800 Tuckahoe Creek Pkw
Richmond VA 23238

Illinois Corporation Service Co
Registered Agent For Carmax AUTO Finance
Attn: Bankruptcy Department
801 Adlai Stevenson Dr.,
Springfield IL 62703

DS Services OF America INC
C/O Collection Bureau OF A
25954 Eden Landing Rd
Hayward CA 94545

Lutheran General Hospital
Bankruptcy Deparmtent
1775 Dempster St.
Park Ridge IL 60068

Syncb/CARE CREDIT
Attn: Bankruptcy Dept.
950 Forrer Blvd
Kettering OH 45420

Syncb/SAMS CLUB DC
Attn: Bankruptcy Dept.
Po Box 965005
Orlando FL 32896

Syncb/Walmart
Attn: Bankruptcy Dept.
Po Box 965024
Orlando FL 32896

US BANK
Attn: Bankruptcy Dept.
4325 17Th Ave S
Fargo ND 58125

US BANK Hogan LOC
Attn: Bankruptcy Dept.
Po Box 5227
Cincinnati OH 45201

**IN THE UNITED STATES OF BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 19-06719 |
| Patricia Keaton | ) | | |
|     Debtor, | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Timothy A. Barnes |

**MOTION TO OBTAIN POSTPETITION CREDIT**

NOW COMES the Debtor, Mrs. Patricia Keaton (the "Debtor"), by and through her attorneys, Geraci Law LLC, to present her **MOTION TO OBTAIN POSTPETITION CREDIT**, and states as follows:

1. This Court has jurisdiction pursuant to 11 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b).

2. The Debtor filed a petition for bankruptcy protection under Chapter 13 of the US Bankruptcy Code and a plan of reorganization on 03/12/2019.

3. The Debtor now seeks to obtain a credit card for emergency use.

4. The Debtor wishes to obtain a credit card with BMO Harris Bank with a credit line of up to $2,000 and an annual percentage rate between 13.99% and 20.99%.

5. The credit card will not impair Debtor's ability to maintain her Chapter 13 plan payments as she does not intend to carry a balance on the card.

WHEREFORE, the Debtor, Mrs. Patricia Keaton, prays that this Court enter an order permitting her to obtain post-petition credit and for such further additional relief that this Court may deem just and proper.

                                                /s/ Dale Riley
                                                Dale Riley

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800  (Fax):  877.247.1960